# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CORRY J. PRESTON,

    Plaintiff,

v.                                                                    Case No. 5:19-cv-378-TKW-MJF

JAMES MARTIN, *et al.*,

    Defendants.
_____/

## ORDER and
## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court. On May 14, 2020, Plaintiff was ordered to provide this court with five service copies of his amended complaint. (Doc. 9). Plaintiff was given thirty days to comply with the order and was warned that failure to do so likely would result in dismissal of this case. (*Id*.). Plaintiff did not comply with the order.

Accordingly, on July 1, 2020, the undersigned ordered Plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to prosecute and failure to comply with this court's order. (Doc. 10). The clerk of the court mailed a copy of the July 1, 2020, order to Plaintiff at his address of record (Santa Rosa

Correctional Institution), but the mail was returned as undeliverable on July 23, 2020, with a forwarding address. (Doc. 11).

On July 23, 2020, the clerk of the court re-mailed a copy of the show cause order to the forwarding address provided on the returned mail (3501 NE 15th Street, Apt. 174, Gainesville, Florida 32609). (*See* Doc. 11). That address is also the "Current Verified Permanent Address" listed for Plaintiff on the Florida Department of Corrections' Supervised Population Information Detail. *See* www.dc.state.fl.us. To date, Plaintiff has not complied with the May 14, 2020, order, and has not responded to the July 1, 2020, show cause order.

Based on the foregoing, it is **ORDERED**:

The clerk of the court shall mail a copy of this Report and Recommendation to Plaintiff at his address of record (Santa Rosa Correctional Institution) and his forwarding address (3501 NE 15th Street, Apt. 174, Gainesville, Florida 32609).

In addition, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to prosecute and failure to comply with two orders of this court.[1]

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

2. The clerk be directed to close this case file.

At Pensacola, Florida, this 10th day of August, 2020.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**