## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**CORRY J. PRESTON,**

    **Plaintiff,**

**v.**                                                        **Case No. 5:19cv378-TKW-MJF**

**JAMES MARTIN, et al.,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 12).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees that this case is due to be dismissed based on Plaintiff's failure to comply with court orders and failure to prosecute.  Accordingly, it is

    **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is dismissed, and the Clerk shall close the file.

    **DONE and ORDERED** this 4th day of September, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**